No. 78–6754.  Hood v. United States; and

No. 78–6774.  Thurmond v. United States.  C. A. 6th Cir.  Certiorari denied.  Reported below: 599 F. 2d 1056.

No. 78–6755.  Gibbs v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 78–6756.  George v. Government of the Virgin Islands.  C. A. 3d Cir.  Certiorari denied.

No. 78–6757.  Griffin et al. v. Tennessee.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 78–6758.  Rich v. Maine.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 78–6759.  Hill v. Lane, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 78–6761.  Dincer v. 1901 Wyoming Avenue Cooperative Assn.  Ct. App. D. C.  Certiorari denied.

No. 78–6762.  Rogers v. Ling et al.  C. A. 2d Cir.  Certiorari denied.

No. 78–6763.  Peters v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 78–6764.  Collier v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 78–6766.  Randle v. Plank et al.  C. A. 7th Cir.  Certiorari denied.

No. 78–6767.  Barnes v. United States Parole Commission.  C. A. 3d Cir.  Certiorari denied.

No. 78–6769.  Tyson v. United States.  C. A. 10th Cir.  Certiorari denied.